IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-444-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TONYA RENEE HARTMAN, ) | |
| ) | |
| Defendant. ) | |

On March 1, 2021, Tonya Renee Hartman ("Harman" or "defendant"), appearing pro se, filed a motion for a copy of the plea agreement in her case [D.E. 47]. The plea agreement is sealed. Defendant may consult with her counsel about the documents that her counsel received concerning her case. To the extent her letter could be construed as a motion to obtain the document without charge, the motion is DENIED.

SO ORDERED. This 22 day of June 2021.

JAMES C. DEVER III
United States District Judge